FILED
IN CLERK'S OFFICE
U.S. D?????? COURT, E?N?Y

★ JUL 9 2004 ★

BROOKLYN OFFICE

United States District Court
Eastern District of New York
-----------------------------------------------------------x
INGRID L. MARTIN o.b.o GLENN MARTIN,
                Plaintiff

    -against-

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, P.O. INGERDONATI,
shield # 7722,
                Defendants
-----------------------------------------------------------x

**ORDER
SETTLING ACTION**

CV 02 2809 (NGG)(JMA)

    Upon reading and filing the affidavit of INGRID L. MARTIN, parent and natural guardian of the infant GLENN MARTIN, sworn to on the 9th day of June 2004, the affirmation of Lawrence E. Wright, Esq., attorney for the plaintiff, affirmed to on the 21st day of October 2003 together with all of the pleadings and proceedings heretofore had herein, plaintiff and his attorney having appeared before me on this date, and the parties having agreed to the settlement of the infant's cause of action for the sum of Eight Thousand Dollars 00/100 ($8,000.00), and it appearing that the best interests of the infant will be served by said settlement, and that the minor was born on the 20th day of August 1986.

    NOW, on motion of Lawrence E. Wright, Esq., the attorney for the plaintiff it is hereby

    ORDERED, that Ingrid L. Martin. The mother and natural guardian of the minor plaintiff/petitioner, is hereby authorized and empowered to settle and compromise the action herein in favor of the minor plaintiff Glenn Martin against the defendants City of

New York, New York City Police Department, P.O. Ingerdonati, shield # 7722 for the sum of Eight Thousand Dollars and 00/100 ($8,000.00) and to execute and deliver a general release to effect such compromise, conditioned upon the payment of said sum, and to execute al documents necessary in that connection, and it is further

ORDERED, that from the aforementioned sum the defendant is authorized and directed to pay to Lawrence E. Wright, Esq., attorney for the minor plaintiff, the sum of Fifteen Hundred Dollars 00/100 ($1500.00) in full payment of legal fees, and it is further

ORDERED, that the balance of the settlement, to wit the sum of Sixty Five Hundred Dollars 00/100 ($6500.00) be paid by the defendants to Ingrid L. Martin, mother and natural guardian of the minor Glenn Martin, jointly with an officer at the Chase Manhattan Bank, located at: 177 Montague St. Brooklyn NY 11201 which account is for the sole use and benefit of said minor Glenn Martin, to be deposited in said bank account in the guardians name in trust for the minor in an account satisfying the following conditions: (a) said account shall be fully insured at all times, (b) said amount shall be deposited in an account having the highest yield irrespective of whether it be a savings account, certificate of deposit, the date of maturity of said deposit shall not extend beyond the date when said minor attains the age of eighteen (18) years, and upon maturity of said deposits, said funds shall continue to draw interest at the highest available yield, and (c) no withdrawal from said account shall be permitted until the minor plaintiff reaches the age of eighteen (18) years except upon further order of this Court; and it is further

ORDERED, that the bank shall upon said minor's demand therefore, and without further order of this Court pay over to said minor when he reaches the age of eighteen (18) years, all monies held upon presentation of proper proof; and it is further

ORDERED, that all claims and cross – claims are resolved by this settlement.

IT IS FURTHER ORDERED AND ADJUDGED, that upon presentation of completed forms for future estimated Federal and State income taxes if any, together with its passbook, the depository will issue drafts payable to the Internal Revenue Services and the New York Tax Commission for the payment of such taxes for the minor only.

*So ordered.*

ENTER

signed/

_____
Honorable Nicholas G. Garaufis
United States District Judge

Dated, Brooklyn NY
July 2, 2004