United States District Court
Eastern District of New York
-----------------------------------------------------------------x
INGRID L. MARTIN o.b.o GLENN MARTIN,                **ORDER**
                Plaintiff                **SETTLING ACTION**

   -against-                                    CV 02 2809 (NGG)(JMA)

CITY OF NEW YORK, NEW YORK CITY
POLICE DEPARTMENT, P.O. INGERDONATI,
shield # 7722,
                Defendants
-----------------------------------------------------------------x

      Upon reading and filing the affidavit of INGRID L. MARTIN, parent and natural guardian of the infant GLENN MARTIN, sworn to on the 9th day of June 2004, the affirmation of Lawrence E. Wright, Esq., attorney for the plaintiff, affirmed to on the 21st day of October 2003 together with all of the pleadings and proceedings heretofore had herein, plaintiff and his attorney having appeared before me on August 3, 2004, and the parties having agreed to the settlement of the infant's cause of action for the sum of Eight Thousand Dollars 00/100 ($8,000.00), and it appearing that the best interests of the infant will be served by said settlement, and that the minor was born on the 20th day of August 1986.

      NOW, on motion of Lawrence E. Wright, Esq., the attorney for the plaintiff it is hereby

      **ORDERED**, that Ingrid L. Martin the mother and natural guardian of the minor plaintiff/petitioner, is hereby authorized and empowered to settle and compromise the action herein in favor of the minor plaintiff Glenn Martin against the defendants City of New York, New York City Police Department, P.O. Ingerdonati, shield # 7722 for the sum of Eight Thousand Dollars and 00/100 ($8,000.00) and to execute and deliver a

general release to effect such compromise, conditioned upon the payment of said sum, and to execute al documents necessary in that connection, and it is further

**ORDERED**, that from the aforementioned sum the defendant is authorized and directed to pay to Lawrence E. Wright, Esq., attorney for the minor plaintiff, the sum of Fifteen Hundred Dollars 00/100 ($1500.00) in full payment of legal fees, and it is further

**ORDERED**, that the balance of the settlement, to wit the sum of Sixty Five Hundred Dollars 00/100 ($6500.00) be paid by the defendants to Ingrid L. Martin, mother and natural guardian of the minor Glenn Martin, as the minor plaintiff Glenn Martin will attain the age of majority on August 20, 2004 there is no need for a trust account and the aforementioned sum is to be paid to Ingrid L. Martin his mother and natural guardian on his behalf

**IT IS FURTHER ORDERED**, that all claims and cross – claims are resolved by this settlement.

~~ENTER~~ So ordered

Brooklyn NY
August 17, 2004

signed/
Honorable Nicholas G. Garaufis
United States District Judge